UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY ESQ. SR., | No. 2:24-cv-02589-TLN-CSK |
| Plaintiff, | **ORDER** |
| v. | |
| TRAVELERS INSURANCE COMPANY, | |
| Defendant. | |

Plaintiff proceeds in the civil action in pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302.

On March 31, 2025, the magistrate judge filed findings and recommendations (ECF No. 7), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On April 10, 2025, Plaintiff filed objections to the findings and recommendations (ECF No. 8), including objecting that the Court had not provided fair due process. The Court has considered all objections raised.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review. The Court has carefully reviewed the file, including Plaintiff's objections, and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

///

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations (ECF No. 7) are ADOPTED IN FULL;

3 | 2. Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is DENIED;

4 | 3. Plaintiff's Complaint (ECF No. 1) is DISMISSED without leave to amend; and

5 | 4. The Clerk of the Court is directed to CLOSE this case.

Date: April 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE